UNITED STATES DISTRICT COURT for
The DISTRICT of Puerto Rico
Urgent = Emergency Motion To Law
Suit Luma Energy Servco, LLC

Edgardo Maldonado Arce          case # 26-CV-1207 JAG
A5C Res mira Palmeras,          Relief seek $5,000,000 milli
San Juan, Puerto Rico, 00915        Dollars
              V.                Judge Jay A. Garcia-Gregory

Luma Energy Servco, LLC
  Luma Energy, LLC oficina
Central de IRRegularidades
de Energia P.O Box 364267,
San Juan, P.R. 00936-4267

2026 APR 7 PM 2:56
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

I=Edgardo Maldonado Arce are Law Suit Luma
Energy Servco, LLC Because They are chargin me
with a Ilegal Bill for $3,083.95 That I do Not
own Luma Plus a Law Suit for Difamation =
Difamacion and Damage To mine Good
Reputation.

1.) first They send me a Letter on august 31 of
2023 at 5:26 PM Acusing me To Put a Theft on
mine contador = coun ligth meter

2.) second They send me a New Letter on November
20 2023 at 3:16 PM Telling me That Luma never
Ever Acuse me of Nothing, They never make
a Difamatory Exprecions or Letter which
is Not True and I have The Two Letter To
Prove IT Plus The Third Time Acusing me of
Theft with The Bill of $3,083.95 again and I
have Solar Panels since 7/1/11