NEPR

Received:

Aug 31, 2023

5:26 PM

**GOBIERNO DE PUERTO RICO**
**JUNTA REGLAMENTADORA DE SERVICIO PÚBLICO**
**NEGOCIADO DE ENERGÍA DE PUERTO RICO**

EDGARDO MALDONADO ARCE
**QUERELLANTE**

V.

LUMA ENERGY, LLC Y LUMA ENERGY
SERVCO, LLC
**QUERELLADO**

CASO NÚM. NEPR-QR-2023-0092/95

**ASUNTO:** Moción de desestimación

## MOCIÓN DE DESESTIMACIÓN

**AL HONORABLE NEGOCIADO DE ENERGÍA DE PUERTO RICO:**

**COMPARECEN** LUMA Energy ServCo, LLC ("LUMA ServCo") y LUMA Energy, LLC ("LUMA Energy"), (en adelante colectivamente "LUMA") por conducto de la representación legal que suscribe quien, muy respetuosamente, **EXPONE, ALEGA y SOLICITA:**

### I- INTRODUCCIÓN

1.    La Querella en el caso de epígrafe fue presentada ante este Honorable Negociado de Energía de Puerto Rico ("Negociado") 16 de junio de 2023. Sin embargo la misma no fue notificada a LUMA a la dirección correcta, adviniendo LUMA en conocimiento de esta mediante Orden emitida el 10 de agosto de 2023 en la cual se nos ordenó a contestar, so pena de anotarse la rebeldía.

2.    En síntesis, la reclamación traída en esta querella versa sobre una impugnación de factura en la cuenta 7154432000.

3.    El remedio solicitado en la querella es que LUMA Energy "borre la deuda e investigue sobre las sobrecargas y bajones de luz", entre otros remedios que no proceden.

4.    Según el querellante, este no entiende porque LUMA le ha facturado mas de los $4 que normalmente paga mensualmente. Cabe mencionar que el cliente no es acreedor de tarifa de medición neta, lo cual seria la única manera en que recibiría dicha cuantía como factura mensual. Tal cuantía corresponde a los cargos administrativos mínimos cuando un cliente acogido a medición neta exporta mas kilovatios de los que

consume.

5.      Las facturas recibidas por el cliente de $4 claramente se debían a un error en la lectura del contador. Razón por la cual procedió una refacturación para corregir las mismas.

6.      Ahora bien, la razón por la cual el querellante tenía un error en sus lecturas mensuales se debió a que el contador localizado en la propiedad había sido alterado de manera ilegal.   Dicha situación ha sido reportada a la División de Irregularidades Energéticas para investigación y posible referido al Departamento de Justicia para la radicación de cargos criminales. Véase Anejo 1.

7.      Luego de identificar el contador alterado, LUMA reemplazó el mismo y con las lecturas obtenidas del medidor nuevo, se procedió con la refacturación objetada. Véase Anejos 2 y 3 – Cartas Nivel 1 y 2 de Proceso Informal Ley-57.

## DERECHO APLICABLE

## REGLAMENTO DE TÉRMINOS Y CONDICIONES GENERALES PARA EL SUMINISTRO DE ENERGÍA ELÉCTRICA
### 7982- 14 de enero de 2010

SECCIÓN IX: USO DE LA ELECTRICIDAD POR El CLIENTE

Articulo A: Intervención con el Equipo de Medición

1. Los contadores o medidores (metros) y cualquier otro equipo o material suministrado o instalado por la Autoridad permanecen como de su propiedad, y ésta tiene el derecho a desmontar, desconectar, inspeccionar, reparar o sustituir tales equipos y materiales en cualquier momento que lo considere necesario. Queda prohibido al cliente y a cualquier otra persona que no sea empleado de la Autoridad accionar, manipular o intervenir el equipo de medición, los conductores, transformadores, sellos y aros de los contadores o medidores (metros) o cualquier otro artefacto que forme parte de la instalación de la Autoridad. Cuando la intervención se efectúa por la Autoridad a solicitud y en interés exclusivo del cliente, éste paga los costos de tal intervención.



**PROGRAMA HOME**
AUTORIDAD PARA EL FINANCIAMIENTO
DE LA VIVIENDA DE PUERTO RICO

**BGF**

AUTORIDAD PARA EL
FINANCIAMIENTO DE LA VIVIENDA
DE PUERTO RICO

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Sr. Javier Trogolo Irizarry
Director Interino, Programa HOME

7 de mayo de 2012

*[handwritten: Reportar fraude HoT Line @ Hudoig.gov 202-708-4829 operation 91 HoT Line@Hudoig.gov operador #91=agente]*

Sr. Edgardo Maldonado Arce
Villa Palmera
Calle Fajardo A5C
San Juan, PR 00915

Estimado señor Maldonado:

Esta carta es en respuesta a su recién comunicación dirigida al Departamento de Vivienda Federal ("HUD", por sus siglas en inglés), fechada el 11 de abril de 2012 respecto a cierto incidente que ha propiciado daños al servicio eléctrico de la residencia que adquirió con la asistencia del Programa HOME ("Programa"), administrado por la Autoridad para el Financiamiento de la Vivienda de Puerto Rico ("AFV").

Según su misiva, el servicio eléctrico de la propiedad se afectó debido a que la cisterna que ubica en el techo de la residencia "explotó". Alega usted, que el servicio eléctrico se ha visto afectado permanentemente por este suceso, lo que provoca interrupciones recurrentes en el servicio eléctrico. Como le explicáramos en sus previas visitas a nuestras oficinas, la AFV en su carácter de administrador del Programa, y según requerido por la Reglamentación aplicable, se limita a efectuar inspecciones oculares con el fin de evaluar si la unidad residencial cumple con los estándares mínimos para proveer una vivienda decente, segura y sanitaria según requeridos por la reglamentación aplicable.

En cuanto al suministro de agua potable, el requerimiento mínimo establecido es que el suministro de agua esté libre de contaminantes. El criterio utilizado para esta determinación es si la residencia cuenta con un suministro de agua aprobado por la jurisdicción local. La inspección no pretende identificar defectos ocultos o desperfectos en equipo instalado en la residencia que no están sujeto a la evaluación de estándares de calidad, como lo es la cisterna. De igual manera, el nivel de presión de agua en el sistema no está sujeto a evaluación por el Programa, sobre este asunto debe contactar un maestro plomero y/o a la AAA para determinar las causas y alternativas disponibles.

Lamentamos los inconvenientes por los cuales está atravesando, sin embargo, el Programa, la AFV, sus funcionarios y personal no tienen inherencia ni responsabilidad respecto al incidente que relata en su carta.

Cordialmente,

Javier Trogolo Irizarry



### U. S. Department of Housing and Urban Development
### San Juan Field Office
### Community Planning and Development
### Region IV

April 12, 2012

Mr. George Joyner
Executive Director
PR Finance Housing Authority
PO Box 71361
San Juan, PR 00936-8461

Dear Joyner:

**SUBJECT:  HOME Program Citizen Complaint.**

Enclosed for your ready reference please find a copy of written correspondence from subject Citizen Complaint dated April 11, 2012, concerning the HOME Program.

HUD's regulations require applicants and recipients of funds to respond to complaints in a timely and responsive manner. The PR Finance Housing Authority is requested to respond directly to Mr. Maldonado within fifteen (15) working days from the date of this letter with copy to us.

Should you need clarification on the contents of this letter, please contact Mr. Elinson Acosta, Senior CPD Representative at (787) 766-5400, ext. 2003.

Sincerely,

José R. Rivera
Director
Community Planning
    and Development

Attachment

*HUD's mission is to create strong, sustainable,*
*inclusive communities and quality, affordable homes for all.*

Parque Las Américas 1• 235 Federico Costa Street  • San Juan, PR 00918 • www.hud.gov
• español.hud.gov

Nombres de Agentes
que yo Tuve contacto
y hice Reportes criminales
del **F.B.I** de Puerto Rico

1.) JUAN OSORIO
2.) CRISTINA Segara
3.) ANA MORENO
4.) MCGUERE
5.) CHRISTHOPER
6.) JOSHEP CAMBELL
7.) ARISTIDES BEATON = Porta voz del F.B.I
8.) Harry Rodriguez = Porta voz del F.B.I
    INVESTIGACION Programa Home

         787-754-6000
    querella 202-324-2388



**OMBUDSMAN**
1 9 7 7
Gobierno de Puerto Rico

# OFICINA DEL PROCURADOR
## DEL CIUDADANO

**Hon. Iris Miriam Ruiz Class**
Procuradora

26 de febrero de 2013

A quien pueda interesar:

Por este medio CERTIFICO que el Sr. Edgardo Maldonado Arce, tiene en nuestras Oficinas un caso número PSB-13-00125-710 /WR 3637147 contra de la Autoridad de Energía Eléctrica y al momento no hemos recibido contestación alguna a nuestros requerimientos.

Cordialmente,

*Gisela Ortiz Colón, JD*
Procuradora Especializada Interina

GOC/aam

Minillas Station PO Box 41088 San Juan, Puerto Rico 00940-1088
Tel. (787) 724-7373 • Fax (787) 724-7386
irismiriam.ruiz@opc.gobierno.pr



# OFICINA DEL PROCURADOR
## DEL CIUDADANO

**Procuradoría Especializada de Servicios**

OMBUDSMAN
1 9 7 7

Hon. Iris Miriam Ruiz Class
Procuradora

Minillas Station PO Box 41088

San Juan, PR 00940-1088

| Tel: | (787) 724-7373 |
|------|----------------|
| Fax: | (787) 723-4911 |

## REQUERIMIENTO DE INFORMACION

A tono con la facultad que nos confiere la Ley Núm. 134 del 30 de junio de 1977, según enmendada, y según se establece en el Reglamento Núm. 1 sobre Reclamaciones, se requiere nos someta contestación sobre la reclamación presentada ante nuestra Oficina.  Deberá devolver a esta Oficina la contestación a este Requerimiento dentro de los próximos cinco (5) días laborables.  Si necesita información adicional favor comunicarse con nosotros al Tel. (787) 724-7373 haciendo referencia al número de esta reclamación.

| Agencia o Instrumentalidad Pública:<br>Aut. de Energía Eléctrica (AEE) | Num. de la Reclamación de la OPC:<br>PSB-13-00125 | Fecha:<br>28/11/2012 |
|---|---|---|
| Núm. de Caso de la Agencia:<br>WR 3637147 | Nombre del Reclamante:<br>Sr. Edgardo  Maldonado Arce | |
| Facilitador de la Agencia:<br>Sra. Wendeliz Serrano Martínez (FAX: 521-4101) | Teléfono  Reclamante: | Celular Reclamante:<br>(787) 379-4990 |
| | E-mail Reclamante: | |
| Referido a:<br><br>Posición: | Dirección Reclamante:<br>Calle Fajardo A-5C Villa Palmera San Juan PR 00915 | |

## INFORMACIÓN O ACCIÓN SOLICITADA

### Solicitud de Documentos

Expone el ciudadano que para el 14 de septiembre del 2012 envió comunicación a la Autoridad de Energía Eléctrica (AEE) solicitándoles documentos relacionados con inspección del contador que realizaron en su propiedad. El número de querella es la WR 3637147.  Indica que le indicaron que era problema interno y que él debia de resolverlo,  pero el envió comunicación escrita (adjunto copia), solicitado se le entregaran copia de los documentos que indicaban el resultado de la investigación realizada y al momento no le han contestado la referida comunicación. Desea se le conteste la comunicación en cuestión.

| Investigador:   Gisela D. Ortiz | Oficina Regional:<br>Procuradoría Especializada de Servicios Básicos | Fecha:<br>28/11/2012 |
|---|---|---|

Requerimiento de Informacion - OPC-003
Revisado 2010

Pagina 1 de 2



# Su factura de electricidad

Para el periodo del 6 de febrero de 2026 al 9 de marzo de 2026



MALDONADO ARCE, EDGARDO

7154432000

**Fecha de expedición de esta factura:** 9 de marzo de 2026
**Ciclo de facturación:**                    06



**Consejo Para Ahorrar Energía:** *¿Cuáles son los beneficios de ahorrar energía? Una factura más económica para usted y energía más confiable para todos. Si trabajamos juntos para reducir nuestro consumo energético, podremos reducir la demanda sobre la red. Esto ayudará a mantener las luces encendidas para todos. Para conocer más, visite: lumapr.com/residencial/ahorrando-energia-y-dinero.*

| CANTIDAD TOTAL ADEUDADA | FECHA DE VENCIMIENTO | CONSUMO DE kWh |
|---|---|---|
| **$3,083.95** | 🗓 **13 abr 2026** | 💡 **169 kWh** |

## SU CONSUMO DE ENERGÍA



161 kWh — 169 kWh — 8 kWh

Mismo mes del año anterior (30 días) — Mes anterior (29 días) — Mes actual (31 días)

Lectura estimada — Lectura actual



Este mes, usted consumió:



⬆ **5% más** energía
en comparación con el mes anterior

y

⬆ **2012.5% más** energía
en comparación con el año anterior

Costo promedio por día
**$0.00**

Promedio de consumo diario
**5 kWh**

Costo promedio de 12 meses por kWh
**$0.0000**

## ¡En LUMA trabajamos para ti!

¿Necesita más tiempo para pagar su factura? Estamos aquí para ofrecerle soluciones, incluyendo planes de pago flexibles, que podrían estar disponibles para usted y su familia. Para más información, contacte a un representante de servicio al cliente hoy al 1-844-888-5862.



**Transformación del sistema eléctrico**

¡Cuídese y proteja a su familia de los estafadores! LUMA nunca le llamará para solicitarle un pago por teléfono. Para más consejos visite lumapr.com/consejoscontraestafas.



**PARA EMERGENCIAS O INTERRUPCIONES EN EL SERVICIO**
1-844-888-LUMA (5862)



**DIRECCIÓN POSTAL DE LUMA:**
PO BOX 363508
San Juan PR 00936-3508



**PARA PAGOS Y CONSULTAS**
1-844-888-LUMA (5862)



**PARA FACTURACIÓN Y MÁS**
WWW.LUMAPR.COM



LUMA Energy
PO BOX 363508
San Juan PR 00936-3508

Incluya este talonario con su pago. No mutile, doble, grape, manche, escriba (excepto la cantidad a pagar) ni use cinta adhesiva en el talonario de pago.

Cuenta: 7154432000
Cantidad adeudada: $3,083.95
Fecha de vencimiento:
13 de abril de 2026

Cantidad incluida:

38662
MALDONADO ARCE, EDGARDO
N/A
A5C CALLE RES MIRA PALMERAS
SAN JUAN PR 00915

00071544320006  000308395  000000400  3



**PÁGINA 1 DE 4**

# Su factura de electricidad

Para el periodo del 6 de agosto de 2025 al 6 de septiembre de 2025

*5 ra Ramos*

7154432000

Fecha de expedición de esta factura: 6 de septiembre de 2025
Ciclo de facturación:                    06




**Consejo Para Ahorrar Energía:** *¿Cuáles son los beneficios de ahorrar energía? Una factura más económica para usted y energía más confiable para todos. Si trabajamos juntos para reducir nuestro consumo energético, podremos reducir la demanda sobre la red. Esto ayudará a mantener las luces encendidas para todos. Para conocer más, visite: lumapr.com/residencial/ahorrando-energia-y-dinero.*

| CANTIDAD TOTAL ADEUDADA | FECHA DE VENCIMIENTO | CONSUMO DE kWh |
|---|---|---|
| **$35.00 CR** | 📅 **9 oct 2025** | ♡ **181 kWh** |

## MI CONSUMO DE ENERGÍA



- 300 kWh — Mismo mes del año anterior (30 días)
- 157 kWh — Mes anterior (29 días)
- 181 kWh — Mes actual (31 días)

($0.2432 / kWh)

Lectura estimada | Lectura actual

### Este mes, usted consumió:



**15.3% más** energía
en comparación con el mes anterior

y



**39.7% menos** energía
en comparación con el año anterior

Costo promedio por día
**$0.00**

Promedio de consumo diario
**6 kWh**

Costo promedio de 12 meses por kWh
**$0.1235**

## ¡En LUMA trabajamos para ti!

¿Necesita más tiempo para pagar su factura? Estamos aquí para ofrecerle soluciones, incluyendo planes de pago flexibles, que podrían estar disponibles para usted y su familia. Para más información, contacte a un representante de servicio al cliente hoy al 1-844-888-5862.



Transformación del sistema eléctrico

---

**✕ PARA EMERGENCIAS O INTERRUPCIONES EN EL SERVICIO**
1-844-888-LUMA (5862)

**✉ DIRECCIÓN POSTAL DE LUMA:**
PO BOX 363508
San Juan PR 00936-3508

**PARA PAGOS Y CONSULTAS**
1-844-888-LUMA (5862)

**> PARA FACTURACIÓN Y MÁS**
WWW.LUMAPR.COM

---



LUMA Energy
PO BOX 363508
San Juan PR 00936-3508

Incluya este talonario con su pago. No mutile, doble, grape, manche, escriba (excepto la cantidad a pagar) ni use cinta adhesiva en el talonario de pago.

*Cristina*
*110685*

Cuenta: 7154432000
Cantidad adeudada: $35.00 CR
Fecha de vencimiento:
9 de octubre de 2025

Cantidad incluida:

45282
MALDONADO ARCE, EDGARDO
N/A
A5C CALLE RES MIRA PALMERAS
SAN JUAN PR 00915

00071544320006 000003500 000000400 8

 **LUMA**

# Su factura de electricidad

Para el periodo del 6 de septiembre de 2025 al 7 de octubre de 2025



MALDONADO ARCE, EDGARDO

7154432000

**Fecha de expedición de esta factura:** 7 de octubre de 2025
**Ciclo de facturación:** 06

 **Consejo Para Ahorrar Energía:** *¿Cuáles son los beneficios de ahorrar energía? Una factura más económica para usted y energía más confiable para todos. Si trabajamos juntos para reducir nuestro consumo energético, podremos reducir la demanda sobre la red. Esto ayudará a mantener las luces encendidas para todos. Para conocer más, visite: lumapr.com/residencial/ahorrando-energia-y-dinero.*

| CANTIDAD TOTAL ADEUDADA | FECHA DE VENCIMIENTO | CONSUMO DE kWh |
|---|---|---|
| **$31.00 CR** | 📅 **10 nov 2025** | 💡 **190 kWh** |

### MI CONSUMO DE ENERGÍA

320 kWh · 181 kWh · 190 kWh

($0.2424 / kWh)

Mismo mes del año anterior (31 días) · Mes anterior (31 días) · Mes actual (31 días)

Lectura estimada · Lectura actual

### COMPARAR

Este mes, usted consumió:

⬆ **5% más** energía
en comparación con el mes anterior

y

⬇ **40.6% menos** energía
en comparación con el año anterior

Costo promedio por día
**$0.00**

Promedio de consumo diario
**6 kWh**

Costo promedio de 12 meses por kWh
**$0.0977**

## ¡En LUMA trabajamos para ti!

¿Necesita más tiempo para pagar su factura? Estamos aquí para ofrecerle soluciones, incluyendo planes de pago flexibles, que podrían estar disponibles para usted y su familia. Para más información, contacte a un representante de servicio al cliente hoy al 1-844-888-5862.

 **Transformación del sistema eléctrico**

¡Cuídese y proteja a su familia de los estafadores! LUMA nunca le llamará por solicitarle un pago por teléfono. Para más consejos, visite lumapr.com/combatiendo-el-fraude.

 **PARA EMERGENCIAS O INTERRUPCIONES EN EL SERVICIO**
1-844-888-LUMA (5862)

 **DIRECCIÓN POSTAL DE LUMA:**
PO BOX 363508
San Juan PR 00936-3508

 **PARA PAGOS Y CONSULTAS**
1-844-888-LUMA (5862)

 **PARA FACTURACIÓN Y MÁS**
WWW.LUMAPR.COM

 LUMA Energy
PO BOX 363508
San Juan PR 00936-3508

Incluya este talonario con su pago. No mutile, doble, grape, manche, escriba (excepto la cantidad a pagar) ni use cinta adhesiva en el talonario de pago.

Cuenta: 7154432000
Cantidad adeudada: $31.00 CR
Fecha de vencimiento:
10 de noviembre de 2025

Cantidad incluida:

35352
MALDONADO ARCE, EDGARDO
N/A
A5C CALLE RES MIRA PALMERAS
SAN JUAN PR 00915

00071544320006 000003100 000000400 2