**GOBIERNO DE PUERTO RICO**
**JUNTA REGLAMENTADORA DE SERVICIO PÚBLICO**
**NEGOCIADO DE ENERGÍA DE PUERTO RICO**

| | |
|---|---|
| EDGARDO MALDONADO ARCE<br>**DEMANDANTES**<br><br>v.<br><br>LUMA ENERGY LLC,<br>LUMA ENERGY SERVCO, LLC<br>**DEMANDADOS** | CASO NÚM.: NEPR-QR-2023- 0190 / 0191 / 0192 / 0193<br><br>SOBRE: OBJECION DE FACTURAS |

|  |
|---|
| NEPR<br><br>Received:<br>Nov 20, 2023<br><br>3:16 PM |

**MOCION EN SOLICITUD DE CONSOLIDACIÓN DE CASOS**
**Y SOLICITUD DE EXTENSIÓN DE TÉRMINO**
**PARA PRESENTAR ALEGACIÓN RESPONSIVA**

**AL HONORABLE TRIBUNAL:**

COMPARECEN, Luma Energy, LLC y Luma Energy ServCo, LLC (en adelante "LUMA") por conducto de la representación legal que suscribe, y muy respetuosamente,

**EXPONE y SOLICITA:**

1. El 31 de octubre de 2023, recibimos CUATRO (4) querellas presentadas por el querellante de epígrafe.

2. Tres de las querellas presentadas NEPR-QR-2023-(0190, 0191, 0192) versan sobre idénticas alegaciones de hechos. La cuarta querella (0193) es una solicitud de daños por una alegada expresión difamatoria que nunca ocurrió, ni es este el foro apropiado para presentar dicha reclamación.

3. Siendo que las cuatro querellas presentadas versan sobre la misma situación de hechos, para efectos de economía procesal, se solicita la consolidación de estas en un solo caso.

4. El pasado viernes 17 de noviembre de 2023, el abogado suscribiente sufrió fuertes dolores de pecho, tuvo que ser atendido de urgencia y al presente se encuentra siendo sometido a estudios y tratamientos para atender su condición de salud.

5. Por tal razón, a pesar de nuestra intención de así hacerlo, no hemos logrado concretar nuestro escrito responsivo a las querellas presentadas.

6. Por tanto, muy respetuosamente se solicita un breve término adicional de 20 días, o hasta el 11 de diciembre de 2023, para presentar alegación responsiva a las querellas en referencia.

**POR LO CUAL**, muy respetuosamente solicitamos a este Honorable Negociado que tome conocimiento sobre lo antes informado, consolide los casos NEPR-QR-2023-(0190, 0191, 0192 y



CaSO NUM: NEPR- RV- 2019-0078

Caso Núm: NEPR-RV 2019-0078

