**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| EDGARDO MALDONADO ARCE, | |
| Plaintiff | CIVIL NO. 26-cv-1207 (JAG) |
| v. | |
| LUMA ENERGY SERVCO, LLC, | |
| Defendant | |

**MOTION TO RESTRICT DOCUMENT PURSUANT
TO STANDING ORDER NO. 9 AND LOCAL CIVIL RULE 83L(p)**

TO THE HONORABLE COURT:

COMES NOW undersigned counsel, María Elisa Martínez Avilés, and respectfully appears as appointed pro bono counsel for Plaintiff Edgardo Maldonado Arce, to respectfully state and pray as follows:

1.     Standing Order No. 9 requires that any filing for which restricted access is sought be accompanied by a separate Motion to Restrict, open to public inspection, identifying the restriction level sought, the interest to be protected, and why such interest outweighs the presumption of public access.

2.     The separately filed restricted document is counsel's Motion Requesting Relief from Appointment as Pro Bono Counsel pursuant to Local Civil Rule 83L(p).

3.     The restriction level sought is "Ex Parte," because the restricted motion necessarily discusses matters related to counsel's appointment, counsel's professional evaluation of Plaintiff's claims, communications with Plaintiff, legal advice provided to

Plaintiff, counsel's review of administrative and judicial records, and counsel's assessment of jurisdictional issues.

4.    The interests to be protected include the attorney-client relationship, privileged communications, attorney work product, counsel's professional evaluation of the case, and matters concerning the representation of an indigent pro se litigant under the Court's Pro Bono Program.

5.    These interests outweigh the presumption of public access because public disclosure of the restricted motion could reveal privileged or protected information regarding Plaintiff's claims, counsel's legal evaluation, and advice provided to Plaintiff. Disclosure could also prejudice Plaintiff by placing counsel's jurisdictional and procedural assessment on the public docket and making it available to Defendant and third parties.

6.    Local Civil Rule 83L(p) specifically contemplates applications by appointed counsel seeking relief from an appointment and provides that such applications involve matters concerning the appointment and counsel's ability to continue representation. Accordingly, restricted treatment is warranted here.

7.    In compliance with Standing Order No. 9, the Motion Requesting Relief from Appointment as Pro Bono Counsel is being filed separately using the requested restriction level and is not attached to this public Motion to Restrict.

**WHEREFORE**, undersigned appointed counsel respectfully requests that this Honorable Court grant this Motion to Restrict and allow the separately filed Motion Requesting Relief from Appointment as Pro Bono Counsel to remain filed under restricted access at the "Ex Parte" viewing level, and grant any other relief this Honorable Court deems just and proper.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of May, 2026.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that a copy of the foregoing was served by U.S. mail upon Plaintiff Edgardo Maldonado Arce at his address of record, to the extent required by the Court and applicable rules.

*<u>S/ María Elisa Martínez Avilés</u>*
MARÍA ELISA MARTÍNEZ AVILÉS
USDC-PR No. 223713
1111 Ave. Jesús T Piñero,
San Juan, PR 00920-5601
Tel. 787-781-7084 / 787-810-9570
E-mail: mariaemartinez@gmail.com
mariaelisa@mmalawpr.com

Appointed Pro Bono Counsel for Plaintiff
Edgardo Maldonado Arce