**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

EDGARDO MALDONADO ARCE

Plaintiff,

v.

LUMA ENERGY SERVCO, LLC

Defendant.

CIVIL NO.  25-cv-1207 (JAG)

**MOTION SUBMITTING CERTIFIED ENGLISH TRANSLATIONS**

**TO THE HONORABLE COURT:**

**COME NOW,** co-defendants, LUMA Energy, LLC and LUMA Energy ServCo, LLC ("LUMA"), through the undersigned counsel and without submitting to the jurisdiction of the Court, respectfully state and pray as follows:

1.      On June 8, 2026, LUMA filed its *Motion to Dismiss the Complaint for Want of Subject Matter Jurisdiction and for Failure to State a Claim Upon Which Relief can be Granted*, together with legal authorities, some of which were in Spanish language. **ECF No. 16.**

2.      On that same date, LUMA also filed a *Motion for Leave to File Legal Authorities in Spanish Language* and requested a 10-day period within which to file the certified English translations to said legal authorities (**ECF No. 16**), which the Court granted. **ECF No. 17.**

3.      Accordingly, LUMA hereby submits the certified English translations to the referred Spanish legal authority.

**WHEREFORE**, LUMA respectfully requests the Court to take notice of the foregoing and grant any remedy deemed just and proper.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 21st day of June, 2026.

**I HEREBY CERTIFY** that on this date, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel in the captioned matter.



*/s/ Sarika J. Angulo Velázquez*
Sarika J. Angulo Velázquez
USDC-PR 231302
PO BOX 364267
San Juan, PR, 00936-4267
(787) 365-5083
sarika.angulo@lumapr.com

*Counsel for Defendant, LUMA Energy ServCo, LLC*